**Electronically Filed
Supreme Court
SCPW-22-0000259
26-APR-2022
01:27 PM
Dkt. 4 ODDP**

SCPW-22-0000259

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

IN RE DAVID P. MORROW, Petitioner

ORIGINAL PROCEEDING
(Case Nos. FC-DA 21-1-0507; CAAP-21-0000433)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of the petition for writ of mandamus, filed on April 8, 2022, petitioner fails to demonstrate that he is entitled to the requested extraordinary relief. See Kema v. Gaddis, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action; such a writ is not intended to supersede the legal discretionary authority of the trial courts, cure a mere legal error, or serve as a legal remedy in lieu of normal appellate procedures). Therefore,

It is ordered that the petition for writ of mandamus is denied.

It is further ordered that the clerk of the appellate court shall process the petition for writ of mandamus without payment of the filing fee.

DATED: Honolulu, Hawaiʻi, April 26, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

